**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SHELDON BERT LEARY,<br><br>　　　　　Debtor. | Case No. 15-11583 (MG)<br><br>Chapter 7 |
| SHELDON BERT LEARY,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DISCOVER STUDENT LOANS, EDSI, GREAT LAKES, NAVIENT, and WELLS FARGO EDUCATION,<br><br>　　　　　Defendants. | Adv. Proc. No. 15-01295 (MG) |

## ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN

Upon the motion of Sheldon B. Leary ("Plaintiff") for the entry of an order reopening his chapter 7 proceeding to enforce this Court's March 2, 2016 Judgment by Default Order discharging Plaintiff from the student loan debt held by Defendant Great Lakes (ECF Doc. # 26), and further requesting that this Court sanction Defendant Great Lakes and the United States Department of Education for contempt of the Judgment by Default Order ("Motion for Contempt," ECF Doc. # 38), it is hereby

**ORDERED**, that the case be reopened, and it is further

[*Remainder of Page Intentionally Left Blank*]

**ORDERED,** that all parties are required to respond to the Motion for Contempt by February 6, 2020.

**IT IS SO ORDERED.**

Dated:  January 23, 2020
        New York, New York

                                              **/s/Martin Glenn**
                                              MARTIN GLENN
                                         United States Bankruptcy Judge